*E-Filed 7/19/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHEE ABD RASHEED, | No. C 10-2477 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| J. WALKER, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by July 8, 2010, or face dismissal of the action. Petitioner has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice as to petitioner filing a complete IFP application or paying the filing fee.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: July 19, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-2477 RS (PR)
ORDER OF DISMISSAL